UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCELLY SANCHEZ LONDONO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. |
| ) | 13-11106-FDS |
| NELSON GONZALES, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER ON STAY OF PROCEEDINGS

**SAYLOR, J.**

This is a case seeking the return of the parties' daughter ("EG") to Colombia from her present location with respondent in Massachusetts. On May 3, 2013, the petitioner, Francelly Sanchez Londono, filed a petition pursuant to the Hague Convention on the Civil Aspects of International Child Abduction against the respondent, Nelson Gonzales, seeking EG's return to Colombia. Following an initial hearing on May 20, 2013, that set an expedited trial date for May 24, 2013, the parties requested a delay in order to allow them to seek an amicable resolution through mediation. The parties now seek to stay the proceedings in order to participate in the United States Department of State's Pilot Mediation Program.

Article 11 of the Hague Convention requires contracting states to "act expeditiously in proceedings for the return of children," setting a six-week aspirational time frame for the resolution of cases under the Convention. However, Article 7 of the Convention emphasizes the importance of "bringing about an amicable resolution of the issues."

The parties agree that the best course of action at this time is participation in the Pilot

Mediation Program, and this Court finds that the purposes of the Hague Convention will best be served by an order staying proceedings pending completion of the mediation process.

Accordingly, the Court hereby finds that there is good cause to exceed the Convention's six-week aspirational time frame and issues a stay of the proceedings until June 14, 2013, upon which date the stay shall be lifted or extended, as appropriate.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: May 31, 2013